DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 347P13 | State v. Wesley Deland Stevens | 1. State's Motion for Temporary Stay (COA12-1394) | 1. Allowed **08/05/2013**; Dissolved the Stay **1/07/2013** |
|---|---|---|---|
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| 354P13 | State v. Ramirez | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA13-213) | Denied |
| 356P13 | State v. Nathaniel Gillespie, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 358P13 | Thomas A. Rider and Linda R. Rider v. Ron Aderhold, RAD Construction Management, Inc., Boston/South Investment, Inc., and First Citizens Bank and Trust Company | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-57) | Denied |
| 363P13 | State v. Osman Gamez | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1488) | Denied |
| 366P13 | State v. Lester Gerard Packingham | 1. State's Motion for Temporary Stay (COA12-1287) | 1. Allowed **08/26/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. Allowed |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |